UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:9:19-cv-81012-RLR

HOWARD COHAN,

    Plaintiff,

vs.

FLORIDA BACKYARD STORE LLC
a Foreign Limited Liability Company
d/b/a FORTUNOFF BACKYARD STORE

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FLORIDA BACKYARD STORE LLC, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 30, 2019.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Suzanne A. Singer**
SUZANNE A. SINGER
Florida Bar No.: 0946222
E-mail: ssinger@rumberger.com
Rumberger, Kirk, & Caldwell, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580
Attorneys for Defendant

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        **/s/ Gregory S. Sconzo**
        **Gregory S. Sconzo, Esq.**