UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:19-cv-81012-RLR

vs.

FLORIDA BACKYARD STORE LLC
a Foreign Limited Liability Company
d/b/a FORTUNOFF BACKYARD STORE

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, FLORIDA BACKYARD STORE LLC, a Foreign Limited Liability Company, d/b/a FORTUNOFF BACKYARD STORE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against FLORIDA BACKYARD STORE LLC, a Foreign Limited Liability Company, d/b/a FORTUNOFF BACKYARD STORE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED September 26, 2019.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Suzanne A. Singer** |
| Gregory S. Sconzo, Esq. | SUZANNE A. SINGER |
| Florida Bar No.: 0105553 | Florida Bar No.: 0946222 |
| The Law Office of Gregory S. Sconzo, P.A. | E-mail: ssinger@rumberger.com |
| 5080 PGA Boulevard, Suite 213 | RUMBERGER, KIRK, & CALDWELL, P.A. |
| Palm Beach Gardens, FL 33418 | A Professional Association |
| Telephone: (561) 729-0940 | Brickell City Tower, Suite 3000 |
| Facsimile: (561) 491-9459 | 80 Southwest 8th Street |
| Service Email: sconzolaw@gmail.com | Miami, Florida 33130-3037 |
| Email: greg@sconzolawoffice.com | Tel: 305.358.5577 |
| Attorney for Plaintiff | Fax: 305.371.7580 |
| | Attorneys for Defendant |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**